■ FIREMAN'S FUND INSURANCE COMPANY V. LEON B. DE GARMO et al. (2 Actions.)—

— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

ARNOLD SCHILDHAUS et al. v. LEOFREED REALTY CORP. et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.